**Order entered October 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00773-CV

## IN THE INTEREST OF R.R. AND J.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-02361-R**

## ORDER

We **GRANT** court reporter Tanner Joy Feast's request for extension of time to file the

reporter's record and **ORDER** the record be filed no later than November 3, 2014.


/s/ ADA BROWN
JUSTICE